# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

July 11, 2017

## Before

JOEL M. FLAUM, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 15-3440

MONARCH BEVERAGE CO., INC.,
    *Plaintiff-Appellant*,

       *v.*

DAVID COOK, *et al.*,
    *Defendants-Appellees*.

Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.

No. 1:13-cv-01674-SEB-MJD
Sarah Evans Barker, *Judge*.

## Order

The concurring opinion in this case issued June 30, 2017, is amended as follows:

The word "Monarch's" in the final sentence at page 15 should be "Indiana's".